# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| ERIC P., | Civil No. 3:20-CV-05517-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the administrative law judge (ALJ) to:

- Reevaluate the medical opinions and prior administrative medical findings pursuant to 20 C.F.R. § 416.920c, explaining their persuasiveness based on supportability and consistency, and, if required, the other most persuasive regulatory factors;
- In light of the above findings, obtain vocational expert testimony on the claimant's ability to perform his past relevant work and/or other work existing in significant numbers in the national economy; and

Page 1     ORDER - [3:20-CV-05517-MAT]

- Offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 30th day of April, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov